# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**E REVOLUTION VENTURES, INC., ET AL.,**<br><br>    Defendant. | **CIVIL ACTION NO. 2:15-cv-585**<br><br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| **EDEKKA LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**TITLE 9 SPORTS, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO. 2:15-cv-828**<br><br>**(Consolidated Case)**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff eDekka LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant Title 9 Sports, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: October 7, 2015                                       Respectfully submitted,

                                                             By: */s/ Austin Hansley*
                                                             **AUSTIN HANSLEY P.L.L.C.**
                                                             Austin Hansley
                                                             Texas Bar No.: 24073081
                                                             5050 Quorum Dr. Suite 700
                                                             Dallas, Texas 75254
                                                             Telephone:    (469) 587-9776

Facsimile:     (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF
EDEKKA LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on October 7, 2015.

*/s/ Austin Hansley*
Austin Hansley