**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EDEKKA LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>E REVOLUTION VENTURES, INC.,<br><br>　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-585**<br><br>**JURY TRIAL DEMANDED** |
| EDEKKA LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC.,<br><br>　　　Defendant. | **CIVIL ACTION NO. 2:15-cv-719**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Joint Motion to Dismiss (Dkt. No. 121) all claims and counterclaims filed by Plaintiff eDekka LLC ("Plaintiff") and Defendant Pier 1 Imports, Inc. ("Defendant"), the Motion to Dismiss is GRANTED, and it is ORDERED that all claims asserted in this suit by Plaintiff against Defendant are dismissed with prejudice.

　　　It is further ORDERED all counterclaims asserted by Defendant against Plaintiff, are hereby dismissed without prejudice.

　　　It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Oct 8, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE