**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EDEKKA LLC,<br>     *Plaintiff*,<br><br>v.<br><br>3BALLS.COM, INC., et al.<br>     *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:15-CV-541 JRG<br>**(LEAD CASE)** |
| EDEKKA LLC,<br><br>     *Plaintiff*,<br>v.<br><br>E REVOLUTION VENTURES, INC., et al.<br><br>     *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:15-CV-585 JRG<br>**(LEAD CASE)** |

**FINAL JUDGMENT**

For reasons stated in the Court's memorandum opinion and order of September 22, 2015, the Court granted Defendants' Motions to Dismiss under Rule 56 and found that the challenged claims of the patent-in-suit are directed to unpatentable subject matter and, thus, ineligible for patent protection. (Dkt. No. 100 in Case No. 2:15-cv-541; Dkt. No. 80 in Case No. 2:15-cv-585.) Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with this Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. The claims of U.S. Patent No. 6,266,674 are ineligible for patent protection on the ground that they are directed to unpatentable subject matter.

2. Plaintiff eDekka LLC shall take nothing as against any remaining Defendants in Case No. 2:15-cv-541 and Case No. 2:15-cv-585.

3. The Court retains jurisdiction over the issues of attorney fees and costs.

4. The Court further **ORDERS** that all actions consolidated into Case No. 2:15-cv-541 and Case No. 2:15-cv-585 are otherwise closed and all other pending motions in the same are **DENIED**, **EXCEPT FOR** Dkt. No. 105 in Case No. 2:15-cv-541 and Dkt. No. 114 in Case. No. 2:15-cv-585.

**So ORDERED and SIGNED this 12th day of October, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE