# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**E REVOLUTION VENTURES, INC.,**<br><br>    Defendants. | Civil Action No. 2:15-cv-585-JRG<br><br>**(LEAD CASE)** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date came for consideration the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 162) by Plaintiff eDekka LLC and Defendant Jockey International, Inc. The Court is of the opinion that same should be GRANTED, and it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines is GRANTED and that the unreached deadlines pertaining to Plaintiff eDekka LLC and Defendant Jockey International, Inc. are stayed for 30 days.

**So ORDERED and SIGNED this 19th day of November, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE