# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **EDEKKA LLC**, <br> *Plaintiff*, <br><br> v. <br><br> **3BALLS.COM, INC., et al.**, <br> *Defendants*. | § § § § § § § § § § | **CASE NO. 2:15-CV-541 JRG** <br> **(LEAD CASE)** |
| **EDEKKA LLC**, <br><br> *Plaintiff*, <br> v. <br><br> **E REVOLUTION VENTURES, INC., et al.**, <br><br> *Defendants*. | § § § § § § § § § | **CASE NO. 2:15-CV-585 JRG** <br> **(LEAD CASE)** |

## ORDER

Before the Court is Plaintiff eDekka, LLC's Unopposed Motion for Leave to Supplement eDekka's Sur-Reply in Opposition to Defendants' Consolidated Motion for Attorney's Fees (Dkt. No. 130 in Case No. 2:15-cv-541; Dkt. No. 173 in Case No. 2:15-cv-585). Having considered the same, the Court finds that the Motion should be and is hereby **DENIED**.

**So ORDERED and SIGNED this 8th day of December, 2015.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE