**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**E REVOLUTION VENTURES, INC.,**<br><br>Defendants. | Civil Action No. 2:15-cv-585-JRG<br><br>(LEAD CASE) |

## ORDER GRANTING JOINT MOTION TO DISMISS

In consideration of the Joint Motion to Dismiss (Dkt. No. 190) filed by Plaintiff eDekka LLC and Defendant Jockey International, Inc., the motion is granted and it is ordered that all claims asserted in this suit by Plaintiff eDekka LLC against Defendant Jockey International, Inc. and by Defendant Jockey International, Inc. against Plaintiff eDekka LLC are hereby dismissed with prejudice but with the Court retaining jurisdiction to enforce the January 11, 2016 settlement agreement.

**So Ordered and Signed on this**

**Jan 12, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE